UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAIME SANCHEZ,<br><br>    Plaintiff,<br><br>v.<br><br>DEE DEE ANGEL S CORPORATION, INC. dba RAMA V THAI CUISINE, and DUSITA THAI CUISINE, INC.,<br><br>    Defendants. | Case No. ~~xx~~ 14-CV-03710 HRL<br><br>**[~~Proposed~~] ORDER GRANTING PLAINTIFF'S REQUEST FOR DISMISSAL**<br><br>[Re: Dkt. 24] |

Based on Plaintiff's request and good cause showing, this matter is hereby dismissed with prejudice. This Court shall retain jurisdiction over this matter until December 31, 2016 to enforce the settlement agreement between the parties.

IT IS SO ORDERED.

Dated: April 14, 2015

The Honorable Magistrate Judge
HOWARD R. LLOYD

2

PLAINTIFF'S REQUEST FOR DISMISSAL